UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. FALCON,<br><br>        Petitioner,<br><br>    v.<br><br>CRAIG KOENING,<br><br>        Respondent. | Case No. 20-cv-05245-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is dismissed.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 20, 2020

*Susan Illston*

———————————————
SUSAN ILLSTON
United States District Judge